IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NATHAN CREEL,

        Defendant.

4:23CR3080

**RELEASE ORDER**

The defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for February 16, 2024 at 10:30 a.m. before the Honorable John M. Gerrard, in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

November 20, 2023.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge